(f) Probation shall terminate two years after petitioner resumes the practice of law.

BY THE COURT:

/s/Alan C. Page
Associate Justice

■

**Andrew KONCZAL, Employee,**

v.

**HAGE CONSTRUCTION COMPANY and General Casualty Insurance Company, Respondents (A09–1594), Relators (A09–1595),**

and

**Fairview Health Services, Relator (A09–1594), Respondent (A09–1595).**

**Nos. A09–1594, A09–1595.**

Supreme Court of Minnesota.

Jan. 4, 2010.

Robin Simpson, Radd Kulseth, Aafedt, Forde, Gray, Monson & Hager, P.A., Minneapolis, MN, for relators (A09–1595).

Roderick C. Cosgriff, Gregory G. Heacox, Heacox, Hartman, Koshmrl, Cosgriff & Johnson, P.A., St. Paul, MN, for relators (A09–1594).

**ORDER**

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 30, 2009, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

BY THE COURT:

/s/ G. Barry Anderson
Associate Justice

■

**Anna M. GEE, Employee,**

v.

**NOW TECHNOLOGIES, and SFM Mutual Insurance Company, Respondents,**

and

**HealthEast Care Systems, Relator.**

**No. A09–1593.**

Supreme Court of Minnesota.

Jan. 4, 2010.

Andrew W. Lynn, Lynn, Scharfenberg & Associates, Bloomington, MN, for respondents.

Todd J. Thun, Thun Law Office, P.A., Minneapolis, MN, for relator.

**ORDER**

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 30, 2009, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366

(Minn.1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

BY THE COURT:

/s/ G. Barry Anderson
Associate Justice

RIVERVIEW MUIR DORAN, LLC, Plaintiff,

v.

JADT DEVELOPMENT GROUP, LLC, et al., Appellants,

First Choice Bank, Respondent,

Darg, Bolgrean, et al., Defendants,

and

First Choice Bank, Respondent,

v.

JADT Development Company, LLC, et al., Appellants,

Riverview Muir Doran, LLC, et al., Defendants,

and

KKE Architects, Inc., Plaintiff,

v.

JADT Development Company, LLC, et al., Appellants,

First Choice Bank, Respondent,

Riverview Muir Doran, LLC, et al., Defendants.

No. A09–151.

Court of Appeals of Minnesota.

Dec. 8, 2009.